IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

AMBER A. DULGAR,

                              Plaintiff,                                    ORDER

        v.
                                                                      15-cv-706-jdp
BLACKHAWK TECHNICAL COLLEGE,

                              Defendant.

---

This case had been randomly assigned to me when it was first filed, but I recused myself pursuant to 28 U.S.C. § 455. Dkt. 8. Following a common practice for new judges, for my first two years on the bench, it was my policy to recuse myself from all cases in which Godfrey & Kahn was counsel of record.

On January 6, 2017, Chief United States District Judge William M. Conley reassigned this case to me, to accommodate Judge Crabb's medical leave. Dkt. 61. Because my two-year recusal period has expired, I see no reason not to take over this case for Judge Crabb, despite my early recusal.

Entered January 10, 2017.

                              BY THE COURT:

                              /s/
                              _____
                              JAMES D. PETERSON
                              District Judge